UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARGARET & JOSEPH
TORTORIELLO,
    Plaintiffs,

v.                          Case No. 1:24cv00020/RH/ZCB

ROSEMARY GAGLIARDI,
    Defendant.
_____/

**REPORT AND RECOMMENDATION**

On January 29, 2024, Plaintiffs submitted a forty-two-page largely nonsensical *pro se* filing. (Doc. 1). Plaintiffs' filing consisted of a "notice," a letter, a standing order from the U.S. District Court for the Middle District of Florida, various pages from pleadings in several different cases, a printout of an email, and copies of Plaintiffs' identification documents. (*Id.*).

The Court, assuming Plaintiffs were attempting to initiate a lawsuit, informed Plaintiffs that their filing was not a legally proper complaint under the Federal Rules of Civil Procedure. (Doc. 3). More specifically, the Court informed Plaintiffs that under Rule 8(a) a complaint, at minimum, must contain "a short and plain statement of the

1

grounds for the court's jurisdiction," "a short and plain statement of the claim showing that the pleader is entitled to relief," and "a demand for the relief sought." (*Id.*). The Court noted that Plaintiffs' filing cited no legal cause of action or provision of law that would give rise to a claim for relief. (Doc. 3 at 2-3). The Court also advised Plaintiffs that if they wished to initiate a lawsuit, then they needed to pay the $405.00 filing fee or submit a motion to proceed *in forma pauperis* (IFP). (*Id.* at 3).

In an effort to assist Plaintiffs, the Court directed the Clerk to provide Plaintiffs with copies of this District's complaint and IFP forms. (*Id.* at 3-4). The Court gave Plaintiffs twenty-one days to file a completed complaint form and either pay the $405.00 filing fee or file an IFP motion. (*Id.* at 4). And the Court warned Plaintiffs that a failure to comply with the order would likely result in a recommendation of dismissal. (*Id.*).

Plaintiffs' deadline passed on February 22, 2024. (*See* Doc. 3). Yet Plaintiffs have not filed a complaint, paid the filing fee, filed an IFP motion, or otherwise responded to the Court's order. Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for failure to follow a Court order. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal when "a party fails to comply with an applicable

rule or a court order"); *see also Duong Thanh Ho v. Costello*, 757 F. App'x 912, 914-15 (11th Cir. 2018) (affirming dismissal where a *pro se* plaintiff failed to file an amended complaint as directed by the district court).

At Pensacola, Florida this 28th day of February 2024.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### Notice to the Parties

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.