IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARGARET & JOSEPH
TORTORIELLO,

    Plaintiffs,

v.                                        CASE NO. 1:24cv20-RH-ZCB

ROSEMARY GAGLIARDI,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4. No objections have been filed.

The report and recommendation concludes that the complaint—if that's what it is—should be dismissed for failure to file an amended complaint as ordered. In addition, if the plaintiffs intended to initiate a lawsuit—it is not clear they did—they apparently have changed their minds and abandoned the effort.

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice for failure to follow a court order." The clerk must close the file.

SO ORDERED on April 18, 2024.

                                                s/Robert L. Hinkle
                                                United States District Judge